GOSLIN ET AL. *v.* BEAZLEY ET AL.

No. 215.   Decided October 9, 1961.

*Levert J. Able* for appellants.

*Nowlin Randolph* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

McMAHON ET AL. *v.* MILAM MANUFACTURING CO.

No. 218.   Decided October 9, 1961.

*Morris P. Glushien* for petitioners.

*Charles S. Tindall, Jr.* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed. *San Diego Building Trades Council* v. *Garmon,* 359 U. S. 236.